## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**MELVIN TURNER,**                          :

    **Plaintiff**                          :

                          **CIVIL ACTION NO. 3:15-0542**

    **v.**                          :

                           **(Mannion, D.J.)**

**DR. LOPEZ and UNITED STATES,**  :   **(Carlson, M.J)**

                        :

    **Defendants**                          :

                        :

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the report of Judge Carlson, (Doc. 10), is **ADOPTED IN ITS ENTIRETY**. Plaintiff's objections, (Doc. 11), are **OVERRULED**. Plaintiff's complaint, (Doc. 1), is **DISMISSED WITH PREJUDICE**. The Clerk is directed to close the case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: July 2, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-0542-01-Order.wpd